UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILARIO HERNANDEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br>UNKNOWN BORDER PATROL AGENT,<br><br>        Defendants. | Civil No. 07cv0662-BTM (AJB)<br><br>ORDER GRANTING JOINT MOTION OF THE PARTIES TO DISMISS <u>BIVENS</u> CAUSES OF ACTION WITH PREJUDICE |

    Presently before the court is the parties joint motion to dismiss all <u>Bivens</u> Causes of Action (specifically Causes of Action Six, Seven, and Eight brought against unknown agents of the United States Border Patrol) with prejudice.

    Upon good cause appearing and agreement of the parties, the court hereby **GRANTS** the parties' joint motion.

    **IT IS SO ORDERED.**

DATED: August 21, 2007

*Barry Ted Moskowitz*
Honorable Barry Ted Moskowitz
United States District Judge